CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
MAY 27 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 4:02cr70128-1 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| WILLIAM FRANKLIN SEHEN | ) | By: Hon. Norman K. Moon |
| | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the above referenced 28 U.S.C. § 2255 motion is **DISMISSED** and this action is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

ENTER: This 27th day of May, 2008.

United States District Judge